# APPENDIX

## LISTING OF TABS
## REFERENCED IN BRIEF

TAB A – Relevant Pages of Deposition of Brenda Hobson taken November 5, 2007 (hereinafter "Pl. Dep. Tr.")

TAB B – Exhibit 3 to Deposition of Brenda Hobson (hereinafter "Pl. Dep. Exh. 3")

TAB C – Exhibit 10 to Deposition of Brenda Hobson (hereinafter "Pl. Dep. Exh. 10")

TAB D -  Exhibit 4 to Deposition of Brenda Hobson (hereinafter "Pl. Dep. Exh. 4")

TAB E – Exhibit 5 to Deposition of Brenda Hobson (hereinafter "Pl. Dep. Exh. 5")

TAB F – Exhibit 7 to Deposition of Brenda Hobson (hereinafter "Pl. Dep. Exh. 7")

TAB G – Exhibit 9 to Deposition of Brenda Hobson (hereinafter "Pl. Dep. Exh. 9")

TAB H – Affidavit of Lester D. Mardiks dated February 6, 2007 (hereinafter "Mardiks Aff.")

TAB I – Exhibit 11 to Deposition of Brenda Hobson (hereinafter "Pl. Dep. Exh. 11")

TAB J – Relevant Pages of Deposition of Kari Waldack taken January 17, 2008 (hereinafter "Waldack Dep.Tr. ")

TAB K – Affidavit of Kevin Waters dated January 30, 2008 (hereinafter "Waters Aff.")

TAB L – Relevant Pages of Deposition of Tammy LeBow taken January 17, 2008 (hereinafter "Lebow Dep. Tr.)

TAB M – Affidavit of Tammy LeBow dated February 14, 2008 (hereinafter "LeBow Aff.")

TAB N – Handwritten Statement of Tristaca Edwards (hereinafter "Edwards Stmt.")

TAB O – Handwritten Statement of Crystal Love (hereinafter "Love Stmt.")

TAB P – Handwritten Statement of Willete Newman (hereinafter "Newman Stmt.")

TAB Q – Relevant Pages of Deposition of Patricia Farmer taken January 17, 2008 (hereinafter "Farmer Dep. Tr.")