# TAB H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **BRENDA S. HOBSON,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Case No.: AW-06-cv-3195 |
| ) | |
| **HAIR CUTTERY C/O RATNER COS., LC.** ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

Commonwealth of Virginia)
County of Fairfax            )ss:

### AFFIDAVIT OF LESTER D. MARDIKS

Lester D. Mardiks, Esq., being duly sworn, deposes and says:

1. I serve as in-house General Counsel of the Defendant in this case. My office is located at the Company's headquarters in Vienna, Virginia.

2. It is standard operating procedure at Defendant that any legal charge of any kind received by the defendant, especially including EEOC charges, are to be given to me immediately for evaluation, investigation, and evidence preservation.

3. Plaintiff's employment was terminated by Defendant on March 23, 2005.

4. Defendant never received any "Questionnaire" form of plaintiff from plaintiff or from the EEOC until after this law suit was commenced.

5. The first notice of any kind which Defendant ever received of any EEOC charge having been filed by plaintiff against the Defendant was on or about September 5, 2006

1

when Defendant received the EEOC charge attached hereto, approximately one and one-half years after the discharge.

Further, affiant sayeth not.

_____
Lester D. Mardiks

Subscribed and sworn to before me
this 6th day of ~~December, 2007.~~ FebRuARy 2008
My commission expires 11-30-2011

_____
Notary Public

BARBARA ANN CARNAHAN
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
My Commission Expires November 30, 2011
Registration No. 127593

5365856.1

2